UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

Humberto Hernandez Alonso,  Civil No. 13cv02514 MJD/JJK

    Petitioner,

v.  **ORDER**

Office of Counsel/Immigration and
Customs Enforcement,

    Respondent.

_____

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes dated September 25, 2013. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1. Petitioner's application for a writ of habeas corpus under 28 U.S.C. § 2241, (Docket No. 1), is **DENIED WITHOUT PREJUDICE**; and

2. This action is summarily **DISMISSED FOR LACK OF JURISDICTION**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: November 8, 2013    s/Michael J. Davis
                                          Michael J. Davis
                                          United States District Chief Judge